AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
### for the

Eastern District of Virginia
### Norfolk Division

| | |
|---|---|
| Southern Appalachian Mountain Stewards, et al. | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 2:09cv200 |
| Colonel Dionysios Anninos, USACE, et al. | ) |
| Defendant | ) |

## ***SEE ATTACHED CAPTION PAGE FOR COMPLETE STYLE OF CASE***
### Summons in a Civil Action

To: *(Defendant's name and address)*

Colonel Dionysios Anninos, U. S. A. C. E.
c/o Dana J. Boente, Acting U. S. Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314

A lawsuit has been filed against you.

Within  60  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Walton D. Morris, Jr.
Morris Law Office, P.C.
1901 Pheasant Lane
Charlottesville, Virginia 22901

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

FERNANDO GALINDO
Name of clerk of court

Date:  May 6, 2009

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

    (1) personally delivering a copy of each to the individual at this place, _____
        _____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
        who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
        _____ ; or

    (4) returning the summons unexecuted to the court clerk on _____ ; or

    (5) other *(specify)* _____
        _____
        _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00          .

Date: _____

                                    _____
                                              Server's signature

                                    _____
                                               Printed name and title

                                    _____
                                               Server's address

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

SOUTHERN APPALACHIAN
MOUNTAIN STEWARDS and
THE SIERRA CLUB,

        Plaintiffs,

    v.                               CIVIL ACTION NO. *2:09cv200*

COLONEL DIONYSIOS ANNINOS,
District Engineer, U.S. Army Corps of
Engineers, Norfolk District,
LIEUTENANT GENERAL ROBERT
L. VAN ANTWERP, Chief of Engineers
and Commander of the U.S. Army Corps
of Engineers, and
GLENDA OWENS, Acting Director and
Deputy Director, Office of Service Mining,

        Defendants.

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT

### for the

Eastern District of Virginia
### Norfolk Division

| | |
|---|---|
| Southern Appalachian Mountain Stewards, et al. | ) |
| Plaintiff | ) |
| v. | ) Civil Action No.  2:09cv200 |
| Colonel Dionysios Anninos, USACE, et al. | ) |
| Defendant | ) |

***SEE ATTACHED CAPTION PAGE FOR COMPLETE STYLE OF CASE***

Summons in a Civil Action

To: *(Defendant's name and address)*

Colonel Dionysios Anninos; U. S. A. C. E.
c/o Eric Holder, Attorney General
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530

A lawsuit has been filed against you.

Within  60  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Walton D. Morris, Jr.
Morris Law Office, P.C.
1901 Pheasant Lane
Charlottesville, Virginia 22901

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

FERNANDO  GALINDO

Name of clerk of court

Date: May 6, 2009

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

    (1) personally delivering a copy of each to the individual at this place, _____
    _____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
    who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
    _____; or

    (4) returning the summons unexecuted to the court clerk on _____; or

    (5) other *(specify)* _____
    _____
    _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

SOUTHERN APPALACHIAN
MOUNTAIN STEWARDS and
THE SIERRA CLUB,

        Plaintiffs,

    v.

                             CIVIL ACTION NO. _2:09cv200_

COLONEL DIONYSIOS ANNINOS,
District Engineer, U.S. Army Corps of
Engineers, Norfolk District,
LIEUTENANT GENERAL ROBERT
L. VAN ANTWERP, Chief of Engineers
and Commander of the U.S. Army Corps
of Engineers, and
GLENDA OWENS, Acting Director and
Deputy Director, Office of Service Mining,

        Defendants.

AO 440 (Rev. 04/08)  Civil Summons

# UNITED STATES DISTRICT COURT
### for the

Eastern District of Virginia
### Norfolk Division

| | |
|---|---|
| Southern Appalachian Mountain Stewards, et al. | ) |
| Plaintiff | ) |
| v. | )   Civil Action No. 2:09cv200 |
| Colonel Dionysios Anninos, USACE, et al. | ) |
| Defendant | ) |

## \*\*\*SEE ATTACHED CAPTION PAGE FOR COMPLETE STYLE OF CASE\*\*\*
### Summons in a Civil Action

To: *(Defendant's name and address)*

Colonel Dionysios Anninos, U. S. A. C. E.
803 Front Street
Norfolk, Virginia 23510

A lawsuit has been filed against you.

Within  60  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Walton D. Morris, Jr.
Morris Law Office, P.C.
1901 Pheasant Lane
Charlottesville, Virginia 22901

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

FERNANDO GALINDO
Name of clerk of court

Date:  May 6, 2009

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08)  Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

(1) personally delivering a copy of each to the individual at this place, _____
_____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____ ; or

(4) returning the summons unexecuted to the court clerk on _____; or

(5) other *(specify)* _____
_____
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00          .

Date: _____            _____
                                                                    Server's signature

                                                          _____
                                                                    Printed name and title

                                                          _____
                                                                    Server's address

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

SOUTHERN APPALACHIAN
MOUNTAIN STEWARDS and
THE SIERRA CLUB,

        Plaintiffs,

   v.                                 CIVIL ACTION NO. _2:09cv200_

COLONEL DIONYSIOS ANNINOS,
District Engineer, U.S. Army Corps of
Engineers, Norfolk District,
LIEUTENANT GENERAL ROBERT
L. VAN ANTWERP, Chief of Engineers
and Commander of the U.S. Army Corps
of Engineers, and
GLENDA OWENS, Acting Director and
Deputy Director, Office of Service Mining,

        Defendants.

AO 440 (Rev. 04/08)  Civil Summons

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia
Norfolk Division

| | |
|---|---|
| Southern Appalachian Mountain Stewards, et al. | ) |
| Plaintiff | ) |
| v. | ) Civil Action No.  2:09cv200 |
| Colonel Dionysios Anninos, USACE, et al. | ) |
| Defendant | ) |

***SEE ATTACHED CAPTION PAGE FOR COMPLETE STYLE OF CASE***

Summons in a Civil Action

To: *(Defendant's name and address)*

Lt. Gen. Richard F. Van Antwerp
c/o Dana J. Boente, Acting U. S. Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314

A lawsuit has been filed against you.

Within  60  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Walton D. Morris, Jr.
Morris Law Office, P.C.
1901 Pheasant Lane
Charlottesville, Virginia 22901

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

FERNANDO GALINDO

Name of clerk of court

Date:  May 6, 2009

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____ , by:

(1) personally delivering a copy of each to the individual at this place, _____
_____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____ ; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other *(specify)* _____
_____
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _0.00_____ .

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

SOUTHERN APPALACHIAN
MOUNTAIN STEWARDS and
THE SIERRA CLUB,

        Plaintiffs,

    v.                         CIVIL ACTION NO. _2:09cv 200_

COLONEL DIONYSIOS ANNINOS,
District Engineer, U.S. Army Corps of
Engineers, Norfolk District,
LIEUTENANT GENERAL ROBERT
L. VAN ANTWERP, Chief of Engineers
and Commander of the U.S. Army Corps
 of Engineers, and
GLENDA OWENS, Acting Director and
Deputy Director, Office of Service Mining,

        Defendants.

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT

### for the

Eastern District of Virginia
Norfolk Division

| | |
|---|---|
| Southern Appalachian Mountain Stewards, et al. | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 2:09cv200 |
| Colonel Dionysios Anninos, USACE, et al. | ) |
| Defendant | ) |

\*\*\* SEE ATTACHED CAPTION PAGE FOR COMPLETE STYLE OF CASE\*\*\*
**Summons in a Civil Action**

To: *(Defendant's name and address)*

    Lt. Gen. Richard F. Van Antwerp
    c/o Eric Holder, Attorney General
    950 Pennsylvania Avenue, N.W.
    Washington, D.C. 20530

A lawsuit has been filed against you.

    Within 60 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Walton D. Morris, Jr.
Morris Law Office, P.C.
1901 Pheasant Lane
Charlottesville, Virginia 22901

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

FERNANDO GALINDO
Name of clerk of court

Date: May 6, 2009

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

  (1) personally delivering a copy of each to the individual at this place, _____
      _____ ; or

  (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
      who resides there and is of suitable age and discretion; or

  (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
      _____ ; or

  (4) returning the summons unexecuted to the court clerk on _____ ; or

  (5) other *(specify)* _____
      _____
      _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .


Date: _____            _____
                                                     Server's signature

                                       _____
                                                   Printed name and title

                                       _____
                                                     Server's address

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## NORFOLK DIVISION

SOUTHERN APPALACHIAN
MOUNTAIN STEWARDS and
THE SIERRA CLUB,

        Plaintiffs,

    v.                        CIVIL ACTION NO. 2:09cv200

COLONEL DIONYSIOS ANNINOS,
District Engineer, U.S. Army Corps of
Engineers, Norfolk District,
LIEUTENANT GENERAL ROBERT
L. VAN ANTWERP, Chief of Engineers
and Commander of the U.S. Army Corps
of Engineers, and
GLENDA OWENS, Acting Director and
Deputy Director, Office of Service Mining,

        Defendants.

AO 440 (Rev. 04/08)  Civil Summons

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

Norfolk   Division

| | |
|---|---|
| Southern Appalachian Mountain Stewards, et al. | ) |
| Plaintiff | ) |
| v. | )    Civil Action No.  2:09cv200 |
| Colonel Dionysios Anninos, USACE, et al. | ) |
| Defendant | ) |

***SEE ATTACHED CAPTION PAGE FOR COMPLETE STYLE OF CASE***

Summons in a Civil Action

To: *(Defendant's name and address)*

    Lt. Gen. Richard F. Van Antwerp
    Headquarters, US Army Corps of Engineers
    441 G. Street, NW
    Washington, DC 20314-1000

A lawsuit has been filed against you.

    Within  60  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Walton D. Morris, Jr.
Morris Law Office, P.C.
1901 Pheasant Lane
Charlottesville, Virginia 22901

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

FERNANDO  GALINDO

Name of clerk of court

Date:  May 6, 2009

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

    (1) personally delivering a copy of each to the individual at this place, _____

    _____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
        who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is

    _____ ; or

    (4) returning the summons unexecuted to the court clerk on _____ ; or

    (5) other *(specify)* _____

    _____

    _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00 _____ .

Date: _____

                          _____
                                    Server's signature

                          _____
                                   Printed name and title

                          _____
                                   Server's address

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

SOUTHERN APPALACHIAN
MOUNTAIN STEWARDS and
THE SIERRA CLUB,

        Plaintiffs,

    v.

                             CIVIL ACTION NO. _2:09cv 200_

COLONEL DIONYSIOS ANNINOS,
District Engineer, U.S. Army Corps of
Engineers, Norfolk District,
LIEUTENANT GENERAL ROBERT
L. VAN ANTWERP, Chief of Engineers
and Commander of the U.S. Army Corps
of Engineers, and
GLENDA OWENS, Acting Director and
Deputy Director, Office of Service Mining,

        Defendants.

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

Norfolk Division

| | | |
|---|---|---|
| Southern Appalachian Mountain Stewards, et al. | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No.  2:09cv200 |
| Colonel Dionysios Anninos, USACE, et al. | ) | |
| Defendant | ) | |

\*\*\*SEE ATTACHED CAPTION PAGE FOR COMPLETE STYLE OF CASE\*\*\*

Summons in a Civil Action

To: *(Defendant's name and address)*

Glenda Owens, Acting Director, OSM
c/o Dana J. Boente, Acting U.S. Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314

A lawsuit has been filed against you.

Within  60  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Walton D. Morris, Jr.
Morris Law Office, P.C.
1901 Pheasant Lane
Charlottesville, Virginia 22901

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

FERNANDO GALINDO

Name of clerk of court

Date:  May 6, 2009

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08)  Civil Summons (Page 2)

### Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

    (1) personally delivering a copy of each to the individual at this place, _____
_____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
     who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____ ; or

    (4) returning the summons unexecuted to the court clerk on _____ ; or

    (5) other (specify) _____
_____
_____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _0.00_____ .

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

SOUTHERN APPALACHIAN
MOUNTAIN STEWARDS and
THE SIERRA CLUB,

        Plaintiffs,

    v.

                              CIVIL ACTION NO. _2:09cv 200_

COLONEL DIONYSIOS ANNINOS,
District Engineer, U.S. Army Corps of
Engineers, Norfolk District,
LIEUTENANT GENERAL ROBERT
L. VAN ANTWERP, Chief of Engineers
and Commander of the U.S. Army Corps
of Engineers, and
GLENDA OWENS, Acting Director and
Deputy Director, Office of Service Mining,

        Defendants.

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT

### for the

Eastern District of Virginia
### Norfolk Division

| | | |
|---|---|---|
| Southern Appalachian Mountain Stewards, et al. | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. 2:09cv200 |
| Colonel Dionysios Anninos, USACE, et al. | ) | |
| Defendant | ) | |

**\*\*\*SEE ATTACHED CAPTION PAGE FOR COMPLETE STYLE OF CASE\*\*\***
### Summons in a Civil Action

To: *(Defendant's name and address)*

> Glenda Owens, Acting Director, OSM
> c/o Eric Holder, Attorney General
> 950 Pennsylvania Avenue
> Washington, D.C. 20530

A lawsuit has been filed against you.

Within __60__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Walton D. Morris, Jr.
Morris Law Office, P.C.
1901 Pheasant Lane
Charlottesville, Virginia 22901

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

FERNANDO GALINDO
Name of clerk of court

Date: __May 6, 2009__

COPY
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____ ,
by:

   (1) personally delivering a copy of each to the individual at this place, _____
         _____ ; or

   (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
       who resides there and is of suitable age and discretion; or

   (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
       _____ ; or

   (4) returning the summons unexecuted to the court clerk on _____ ; or

   (5) other *(specify)* _____
       _____
       _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00 _____ .

Date: _____ .

                              _____
                                  Server's signature

                              _____
                                  Printed name and title

                              _____
                                  Server's address

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

SOUTHERN APPALACHIAN
MOUNTAIN STEWARDS and
THE SIERRA CLUB,

        Plaintiffs,

    v.                            CIVIL ACTION NO. _2:09cv 200_

COLONEL DIONYSIOS ANNINOS,
District Engineer, U.S. Army Corps of
Engineers, Norfolk District,
LIEUTENANT GENERAL ROBERT
L. VAN ANTWERP, Chief of Engineers
and Commander of the U.S. Army Corps
 of Engineers, and
GLENDA OWENS, Acting Director and
Deputy Director, Office of Service Mining,

        Defendants.

AO 440 (Rev. 04/08)  Civil Summons

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Virginia
## Norfolk Division

| | | |
|---|---|---|
| Southern Appalachian Mountain Stewards, et al. | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No.  2:09cv200 |
| Colonel Dionysios Anninos, USACE, et al. | ) | |
| Defendant | ) | |

### ***SEE ATTACHED CAPTION PAGE FOR COMPLETE STYLE OF CASE***
### Summons in a Civil Action

To: *(Defendant's name and address)*

> Glenda Owens, Acting Director
> Office of Surface Mining Reclamation & Enforcement
> 1951 Constitution Avenue, N.W.
> Washington, D.C. 20240

A lawsuit has been filed against you.

Within  60  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, whose name and address are:

> Walton D. Morris, Jr.
> Morris Law Office, P.C.
> 1901 Pheasant Lane
> Charlottesville, Virginia 22901

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

FERNANDO GALINDO

Name of clerk of court

Date:  May 6, 2009

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

(1) personally delivering a copy of each to the individual at this place, _____
_____; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____; or

(4) returning the summons unexecuted to the court clerk on _____; or

(5) other *(specify)* _____
_____
_____.

My fees are $ _____  for travel and $ _____for services, for a total of $ _0.00_____.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

SOUTHERN APPALACHIAN
MOUNTAIN STEWARDS and
THE SIERRA CLUB,

        Plaintiffs,

    v.                                              CIVIL ACTION NO. *2:09cv 200*


COLONEL DIONYSIOS ANNINOS,
District Engineer, U.S. Army Corps of
Engineers, Norfolk District,
LIEUTENANT GENERAL ROBERT
L. VAN ANTWERP, Chief of Engineers
and Commander of the U.S. Army Corps
 of Engineers, and
GLENDA OWENS, Acting Director and
Deputy Director, Office of Service Mining,

        Defendants.