IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

SOUTHERN APPALACHIAN
MOUNTAIN STEWARDS, et al.,

      Plaintiffs,

            v.                              Civil Action No. 2:09cv200

COLONEL DIONYSIOS ANNINOS
District Engineer, U.S. Army Corps
of Engineers, Norfolk District, et al.,

      Defendants.

_____

UNOPPOSED MOTION TO STAY AND MEMORANDUM IN SUPPORT

      Pursuant to Fed. R. Civ. P. 7, Federal Defendants and Plaintiffs move for an order to extend the stay of this case for an additional 45 days in order to allow an opportunity for the parties to consider whether resolution of this matter can be achieved without judicial involvement.   The reasons for the motion are as follows:

      1.      The Complaint in this case raises a facial challenge to Nationwide Permit No. 21 (NWP 21), a general permit reissued on March 9, 2007 pursuant to § 404(e) of the Clean Water Act (CWA), 33 U.S.C. § 1344(e).   72 Fed. Reg. 11092 (Mar. 12, 2007).

      2.      The Complaint in this case also raises an as-applied challenge to the NWP 21 verification issued by the U.S. Army Corps of Engineers ("the Corps") on August 7, 2007 to the A&G Coal Corporation for the Ison Rock Ridge Surface Mine in Wise County, Virginia (the Ison Rock Project).

3.          As set forth in the status report filed on June 30, 2010, the NWP 21 verification authorizing the Ison Rock project has been suspended by the Corps' District Engineer for the Norfolk District.   That NWP 21 verification remains suspended as of this date.   The Corps has not yet completed suspension procedures with respect to A & G Ison Rock NWP 21 verification and, in turn, has not issued the written final decision required by 33 C.F.R. 330.5(d)(2)(iii).

4.          As set forth in the joint status report filed on June 30, 2010, the Corps Headquarters made a decision to suspend the NWP 21.   Suspension of Nationwide Permit 21 (Notices), 74 Fed. Reg. 34712 (June 18, 2010).   The suspension applies prospectively to prohibit District Engineers from "continu[ing] to process NWP 21 PCNs [preconstruction notifications] that are pending as of June 18, 2010, or accept[ing] new or revised NWP 21 PCNs . . ."   74 Fed. Reg. at 34714.

5.          Activities that were verified by the District Engineers prior to June 18, 2010 will continue to be authorized by that NWP until it expires on March 18, 2012, unless modified, suspended or revoked by the District Engineer.   District Engineers may not modify previously issued NWP 21 verifications in this region to authorize additional discharges of dredged or fill material into waters of the U.S.

6.          In light of the suspension of both the NWP 21 and the Ison Rock NWP 21 verification, the Plaintiffs and Federal Defendants have discussed resolution of matters at issue in this case.   Plaintiffs have asked the Corps for certain information relating to other Virginia projects verified under NWP 21.   Solely for the purpose of facilitating resolution of this case, the Corps is working on gathering such information.   However, obtaining such information requires burdensome and time-consuming coordination and efforts by the Norfolk District and permittees of NWP 21's issued by Norfolk District to ascertain project details and status of multiple projects and proposed projects. It is expected that obtaining such information could take at least three to four

2

weeks.

7.     Discussions amongst the Plaintiffs and Federal Defendants are on-going, but a full

resolution of this case will not likely be reached until further information has been obtained, and the

parties can evaluate the scope and impact of the recent Corps decision and remaining NWP 21

projects in Norfolk District.

THEREFORE, the parties in this case respectfully request a 45-day stay to allow parties to

obtain and consider information and continue efforts to discuss and reach resolution of all issues.


Neil H. MacBride
United States Attorney


By:     _____/s/_____
Virginia VanValkenburg
Assistant United States Attorney
Virginia State Bar No. 33258
Attorney for the Federal Defendants
United States Attorney's Office
101 West Main Street, Suite 8000
Norfolk, VA 23510
757-441-6331 Office
757-441-6689 Fax
Virginia.VanValkenburg@usdoj.gov


IGNACIA S. MORENO
Assistant Attorney General
Environment & Natural Resources Division

CYNTHIA J. MORRIS, Trial Attorney
U.S. Department of Justice
Environmental Defense Section
P.O. Box 23986
Washington, D.C.   20026-3986
Tel:   (202) 616-7554

RUTH ANN STOREY, Trial Attorney
U.S. Department of Justice
Natural Resources Section
P.O. Box 663
Washington, D.C.   20044-0663
Tel:   (202) 305-0493


Of Counsel:

DONNA L. CARRIER-TAL, Acting District Counsel
U.S. Army Corps of Engineers
Office Of Counsel
803 Front Street
Norfolk, VA   23610
Tel: (757) 201-7720


CERTIFICATE OF SERVICE

I hereby certify that, on the 1st day of July, 2010, I will electronically file the foregoing

Unopposed Motion to Stay with the Clerk of Court using the CM/ECF system, which will then send

a notification of electronic filing (NEF) to the following filing user(s):

Andrea Carol Ferster
aferster@railsotrails.org
Counsel for Southern Appalachian Mountain Stewards

Jeffrey H. Gray
jeffrey.gray@troutmansanders.com
anne.nardelli@troutmansanders.com
karen.kreutter@troutmansanders.com
Counsel for the Virginia Coal Association, Inc.

James Millard Hecker
jhecker@publicjustice.net
Counsel for the Sierra Club

Aaron Stephen Isherwood
aaron.isherwood@sierraclub.org
     Counsel for the Sierra Club

Joseph Mark Lovett
jlovett@appalachian.center.org
     Counsel for the Sierra Club

Robert Gale McLusky
rmclusky@jacksonkelly.com
     Counsel for the Virginia Coal Association, Inc.

Peter Middleton Morgan
peter.morgan@sierraclub.org
     Counsel for the Sierra Club


Walton Davis Morris, Jr.
wmorris@charlottesville.net
     Counsel for the Sierra Club
     Counsel for the Southern Appalachian Mountain Stewards

William Howell Wright, Jr.
cwright@hunton.com
bsmith@hunton.com
mshebelskie@hunton.com
bwright@hunton.com
     Counsel for A & G Coal Corporation


_____ /s/ _____
Virginia L. Van Valkenburg
Assistant United States Attorney
Virginia State Bar No. 33258
Attorney for the Federal Defendants
8000 World Trade Center
101 West Main Street
Norfolk, Virginia   23510
(757) 441-6331   Office
(757) 441-6689   Fax
Virginia.VanValkenburg@usdoj.gov
