IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

SOUTHERN APPALACHIAN
MOUNTAIN STEWARDS, et al.,

    Plaintiffs,

v.

COLONEL DIONYSIOS ANNINOS
District Engineer, U.S. Army Corps
of Engineers, Norfolk District, et al.,

    Defendants.

_____

Civil Action No. 2:09cv200

UPDATED STATUS REPORT AND UNOPPOSED MOTION TO EXTEND STAY

    The United States Army Corps of Engineers ("Corps") provides this update to the Status Report filed on June 30, 2010 (Doc. No. 40) and, pursuant to Fed. R. Civ. P. 7, moves for an order to extend the stay of this case that was granted by Order dated July 23, 2010 (Doc. No. 42) for an additional 30 days.  This motion is unopposed.  The reasons for the motion, are as follows:

    1.    The Complaint in this case raises a facial challenge to Nationwide Permit No. 21 (NWP 21), a general permit reissued on March 9, 2007 pursuant to § 404(e) of the Clean Water Act (CWA), 33 U.S.C. § 1344(e).  72 Fed. Reg. 11092 (Mar. 12, 2007).

    2.    The Complaint in this case also raises an as-applied challenge to the NWP 21 verification issued by the U.S. Army Corps of Engineers ("the Corps") on August 7, 2007 to the A&G Coal Corporation for the Ison Rock Ridge Surface Mine in Wise County, Virginia (the Ison Rock Project).

3.	As set forth in the joint status report filed on June 30, 2010, the Corps Headquarters made a final decision to suspend the NWP 21. Suspension of Nationwide 21 (Notices), 74 Fed. Reg. 34712 (June 18, 2010. The suspension applies prospectively to prohibit District Engineers from "continu[ing] to process NWP 21 PCNs [preconstruction notifications] that are pending as of June 18, 2010, or accept[ing] new or revised NWP 21 PCNs . . ." 74 Fed. Reg. 34714.

4.	Activities that were verified by the District Engineers prior to June 18, 2010 will continue to be authorized by that NWP until it expires on March 18, 2012, unless modified, suspended or revoked by the District Engineer. District Engineers may not modify previously issued NWP 21 verifications in this region to authorize additional discharges of dredged or fill material into waters of the U.S.

5.	As set forth in the status report filed on June 30, 2010, the NWP 21 verification authorizing the Ison Rock project was suspended by the Corps' District Engineer for the Norfolk District. That NWP 21 verification was subsequently revoked by the District Engineer.

6.	In light of the suspension of the NWP 21 and the revocation of the Ison Rock NWP 21 verification, the Plaintiffs and the Corps have discussed resolution of matters at issue in this case. The Plaintiffs have asked the Corps for certain information relating to other Virginia projects verified under NWP 21, solely for the purpose of facilitating resolution of this case.

7.	The Corps has obtained preliminary information regarding the status of the projects that had been verified under NWP 21. However, the information has not been confirmed and thus cannot be reported as final status. The Corps expects to have all necessary information

2

within the next 30 days.

8. Discussions amongst the Plaintiffs and the Corps are on-going, but a full resolution of this case will not likely be reached until preliminary information can be confirmed, and the parties can evaluate the scope and impact of any remaining NWP 21 projects in Norfolk District.

THEREFORE, the Corps respectfully requests an extension of the stay for an additional 30 days to allow parties to obtain and consider information and continue efforts to discuss and reach resolution of all issues.

Neil H. MacBride
United States Attorney

By: /s/
Virginia VanValkenburg
Assistant United States Attorney
Virginia State Bar No. 33258
Attorney for the Federal Defendants
United States Attorney's Office
101 West Main Street, Suite 8000
Norfolk, VA 23510
757-441-6331 Office
757-441-6689 Fax
Virginia.VanValkenburg@usdoj.gov

IGNACIA S. MORENO
Assistant Attorney General
Environment & Natural Resources Division

CYNTHIA J. MORRIS, Trial Attorney
U.S. Department of Justice

        Environmental Defense Section
P.O. Box 23986
Washington, D.C.  20026-3986
Tel:  (202) 616-7554

RUTH ANN STOREY, Trial Attorney
U.S. Department of Justice
Natural Resources Section
P.O. Box 663
Washington, D.C.  20044-0663
Tel:  (202) 305-0493

Of Counsel:

DONNA L. CARRIER-TAL, Acting District Counsel
U.S. Army Corps of Engineers
Office Of Counsel
803 Front Street
Norfolk, VA  23610
Tel: (757) 201-7720

CERTIFICATE OF SERVICE

I hereby certify that, on the 1st day of September, 2010, I will electronically file the foregoing Unopposed Motion to Stay with the Clerk of Court using the CM/ECF system, which will then send a notification of electronic filing (NEF) to the following filing user(s):

Andrea Carol Ferster
aferster@railsotrails.org
    Counsel for Southern Appalachian Mountain Stewards

Jeffrey H. Gray
jeffrey.gray@troutmansanders.com
anne.nardelli@troutmansanders.com
karen.kreutter@troutmansanders.com

4

        Counsel for the Virginia Coal Association, Inc.

James Millard Hecker
jhecker@publicjustice.net
        Counsel for the Sierra Club

Aaron Stephen Isherwood
aaron.isherwood@sierraclub.org
        Counsel for the Sierra Club

Joseph Mark Lovett
jlovett@appalachian.center.org
        Counsel for the Sierra Club

Robert Gale McLusky
rmclusky@jacksonkelly.com
        Counsel for the Virginia Coal Association, Inc.

Peter Middleton Morgan
peter.morgan@sierraclub.org
        Counsel for the Sierra Club

Walton Davis Morris, Jr.
wmorris@charlottesville.net
        Counsel for the Sierra Club
        Counsel for the Southern Appalachian Mountain Stewards

William Howell Wright, Jr.
cwright@hunton.com
bsmith@hunton.com
mshebelskie@hunton.com
bwright@hunton.com
        Counsel for A & G Coal Corporation

                                      /s/
                                Virginia L. Van Valkenburg
                                Assistant United States Attorney
                                Virginia State Bar No. 33258
                                Attorney for the Federal Defendants

                                            8000 World Trade Center  
                                            101 West Main Street  
                                            Norfolk, Virginia  23510  
                                            (757) 441-6331  Office  
                                            (757) 441-6689  Fax  
                                            Virginia.VanValkenburg@usdoj.gov